M. P. No. 73-23. RAYMOND REALL *v.* VALORIEANN REALL. Motion of appellant-respondent for stay of entry of final decree of divorce in Family Court is denied. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for appellee-petitioner. *Anthony E. Grilli,* for appellant-respondent.

M. P. No. 73-25. MARCEL JOSEPH LEMERY *v.* BERTILLE MARIE LABREQUE LEMERY. Petition for writ of certiorari is denied. *Aram K. Berberian,* for petitioner. *David G. Lussier,* for respondent.

M. P. No. 1962. RICHARD A. KELLY *v.* STATE. Petition for a writ of habeas corpus is granted, and the writ may issue forthwith.

The request for certain transcripts as prayed is granted, and the Attorney General is directed to arrange for the preparation and transmission of the transcripts to defendant.

The motion to proceed in forma pauperis is granted, and the Public Defender is directed to represent defendant in the further prosecution of the petition for habeas corpus. *Richard A. Kelly,* petitioner, pro se. *Richard J. Israel,* Attorney General, for respondent.